UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHARLES VINCENT MATHEWS;<br>CAPITOL CLUTCH & BRAKE, INC., a<br>California Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:16-CV-00207-JAM-EFB<br><br>**ORDER ON STIPULATION BETWEEN PLAINTIFF SCOTT JOHNSON AND DEFENDANTS CHARLES VINCENT MATHEWS AND CAPITOL CLUTCH & BRAKE, INC. TO EXTEND EXPERT DISCLOSURE DATE**<br><br>Trial Date: Not Yet Assigned<br>Action Filed: February 3, 2016 |

After review of the Stipulation between Plaintiff Scott Johnson and Defendants Charles Vincent Mathews and Capitol Clutch & Brake, Inc. to Extend Expert Disclosure Date, the court makes the following order:

The deadline for expert witness disclosures is continued from April 7, 2017 to June 16, 2017; and

The deadline for supplemental and rebuttal expert witness disclosures is continued from April 21, 2017 to June 30, 2017.

IT IS SO ORDERED.

Dated: 3/22/2017

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

_____
[PROPOSED] ORDER ON STIPULATION TO EXTEND EXPERT DISCLOSURE DATE         PAGE -1-